**Dismiss; and Opinion Filed May 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00399-CV

### PEGGY ANN PHILIPS TANNER, Appellant

### V.

### PHILLIP DEAN TANNER, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 92-02-52,048FM**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Stoddart

The parties have filed an agreed motion to dismiss the appeal with prejudice, stating they

have settled all claims. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R.

APP. P. 42.1(a)(2)(A).

/ Craig Stoddart/
CRAIG STODDART
JUSTICE

150399F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PEGGY ANN PHILIPS TANNER,
Appellant

No. 05-15-00399-CV      V.

PHILLIP DEAN TANNER, Appellee

On Appeal from the 354th Judicial District
Court, Hunt County, Texas
Trial Court Cause No. 92-02-52,048FM.
Opinion delivered by Justice Stoddart. Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal **with prejudice.**

Subject to any agreement between the parties, we **ORDER** that appellee Phillip Dean Tanner recover his costs, if any, of this appeal from appellant Peggy Ann Philips Tanner.

Judgment entered this 19th day of May, 2015.